**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CROWD SOURCED TRAFFIC, LLC<br><br>Plaintiff,<br><br>v.<br><br>WAZE, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:11-CV-469<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF CROWD SOURCED TRAFFIC, LLC'S ANSWER TO DEFENDANT <u>WAZE, INC'S COUNTERCLAIMS</u>**

Plaintiff, Crowd Sourced Traffic, LLC ("CST"), answers the Counterclaims of Defendant Waze, Inc. ("Waze") (Dkt. No. 9) filed January 20, 2012, by corresponding paragraph number as follows:

**<u>COUNTERCLAIMS OF WAZE, INC.</u>**

**<u>THE PARTIES</u>**

1. Admitted.

2. Admitted.

**<u>JURISDICTION AND VENUE</u>**

3. CST admits that this court has subject matter jurisdiction regarding Waze's infringement of U.S. Patent Nos. 7,440,842 (the "'842 patent") and 7,613,564 (the "'564 patent"). Except as so admitted, the remaining allegations in paragraph 3 are denied.

4. Admitted.

5. CST admits that venue is proper in this district for the adjudication of its claims against Waze. Except as so admitted, the remaining allegations in paragraph 5 are denied.

## FACTUAL BACKGROUND

6. Admitted

7. Denied.

8. CST admits that a valid and justiciable case and controversy exists between CST and Waze as to Waze's infringement of the '842 patent and the '564 patent. Except as so admitted, the remaining allegations in paragraph 8 are denied.

## COUNT ONE
## Declaratory Judgment of Non-Infringement of the '842 and '564 patent

9. To the extent that Waze purports to incorporate the allegations of paragraphs 1 through 8 of its counterclaims, such incorporation is improper and requires no response. Subject to the foregoing, CST denies the merits of Waze's denials of liability, defenses, and affirmative defenses, and CST denies all averments in Waze's Answer, Affirmative Defenses, and Counterclaims that are inconsistent with the relief requested by CST.

10. CST admits that a valid and justiciable case and controversy exists between CST and Waze as to Waze's infringement of the '842 and '564 patent. Except as so admitted, the remaining allegations in paragraph 10 are denied.

11. Denied.

12. Denied.

## COUNT TWO
## Declaratory Judgment of Invalidity Of the '842 and '564 patent

13. To the extent that Waze purports to incorporate the allegations of paragraphs 1 through 12 of its counterclaims, such incorporation is improper and requires no response. Subject to the foregoing, CST denies the merits of Waze's denials of liability, defenses, and affirmative defenses, and CST denies all averments in Waze's Answer, Affirmative Defenses, and Counterclaims that are inconsistent with the relief requested by CST.

14. CST admits that a valid and justiciable case and controversy exists between CST and Waze as to Waze's infringement of the '842 patent and the '564 patent. Except as so admitted, the remaining allegations in paragraph 8 are denied.

15. Denied.

## PRAYER FOR RELIEF

Waze's Prayer for Relief is an averment to which no responsive pleading is required pursuant to Federal Rule of Civil Procedure 8(d) and is therefore denied.

## DEMAND FOR JURY TRIAL

Waze's Jury Demand is an averment to which no responsive pleading is required pursuant to Federal Rule of Civil Procedure 8(d) and is therefore denied.

DATED February 10, 2012.

Respectfully submitted,

By: \s\ *Stevenson Moore*

Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Stevenson Moore
Texas bar No. 24076573
smoore@nilawfirm.com
NI LAW FIRM, PLLC
3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: (214) 800-2208
Fax: (214) 880-2209

Douglas L. Bridges
GA Bar No. 080889
Jacqueline K. Burt
GA Bar No. 425322
HENINGER GARRISON DAVIS, LLC
1 Glenlake Parkway, Suite 700
Atlanta, GA 30328
Tel: (678) 638-6308
Fax: (678) 638-6142
Email: dbridges@hgdlawfirm.com
Email: jburt@hgdlawfirm.com
**ATTORNEYS FOR PLAINTIFF,**
**CROWD SOURCED TRAFFIC, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this 10th day of February, 2012.

\s\ *Stevenson Moore* _
Stevenson Moore