# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CROWD SOURCED TRAFFIC, LLC § § § Plaintiff, § § v. § § WAZE, INC., § § Defendant. § § § § | CIVIL ACTION NO. 2:11-CV-469 **JURY TRIAL DEMANDED** |

## JOINT NOTICE THAT PLAINTIFF NO LONGER OPPOSES DEFENDANT'S MOTION TO TRANSFER VENUE

Plaintiff Crowd Sourced Traffic, LLC ("Crowd Sourced Traffic") and Defendant Waze, Inc. ("Waze") respectfully notify the Court that Crowd Sourced Traffic no longer opposes Defendant's Motion to Transfer Venue to the North District of California. Accordingly, as the Motion is unopposed, Crowd Sourced Traffic and Waze respectfully request that the Court grant the motion.

DATED March 13, 2012.

Respectfully submitted,

By: \s\ *Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Stevenson Moore
Texas bar No. 24076573
smoore@nilawfirm.com

Ni Law Firm, PLLC
3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: (214) 800-2208

Fax: (214) 880-2209

Douglas L. Bridges
GA Bar No. 080889
Jacqueline K.
GA Bar No. 425322
HENINGER GARRISON DAVIS, LLC
1 Glenlake Parkway, Suite 700
Atlanta, GA 30328
Tel: (678) 638-6308
Fax: (678) 638-6142
Email:  dbridges@hgdlawfirm.com
Email:  jburt@hgdlawfirm.com
**ATTORNEYS FOR PLAINTIFF,
CROWD SOURCED TRAFFIC, LLC**

*/s/ Brian Craft*
Eric H. Findlay
Texas Bar # 00789886
Brian Craft
Texas Bar # 04972020
Findlay Craft LLP
6760 Old Jacksonville Highway, Ste 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
E-Mail: efindlay@findlaycraft.com
E-Mail: bcraft@findlaycraft.com

Thomas Haverstock
tom@hollp.com
Chris Kao (Pro Hac Vice)
ckao@hollp.com
Matthew Rykels
mrykels@hollp.com
HAVERSTOCK & OWENS LLP
162 North Wolfe Road
Sunnyvale, California 94086
Telephone: (408) 530-9700
Facsimile: (408) 530-9797


**ATTORNEYS FOR DEFENDANT
WAZE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Stevenson Moore*
Stevenson Moore

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for GeoTag, Inc. conferred with counsel for Defendants regarding the foregoing Notice of No Opposition, and all parties are in agreement.

Dated: March 13, 2012

*/s/ Stevenson Moore*
Stevenson Moore