1  Steven W. Ritcheson, Esq. (SBN 174062)
   WHITE FIELD, INC.
2  9800 D Topanga Canyon Blvd. #347
   Chatsworth, California  91311
3  Telephone: (818) 882-1030
   Facsimile: (818) 337-0383
4  switcheson@whitefieldinc.com

5  Hao Ni (*Pro Hac Vice Application To Be Filed*)
   NI LAW FIRM, PLLC
6  3102 Maple Avenue
   Suite 400
7  Dallas, TX 75201
   214-800-2208
8  Fax: 214-800-2209
   Email: hni@nilawfirm.com
9

10 Attorneys for Plaintiff,
   CROWD SOURCED TRAFFIC, LLC
11

12                   UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15

16 CROWD SOURCED TRAFFIC, LLC          Case No. 3:12-cv-01970-JSC

17                  Plaintiff,          PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS
                                        FIRST AMENDED COMPLAINT; [PROPOSED]
18        v.                            ORDER

19 WAZE, INC.                           Jury Trial Demanded
                                        Date:  July 5, 2012
20                  Defendant.          Time:  9:00 a.m.
                                        Mag. Judge: Jacqueline Scott Corley
21

22

23       PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT

24       Plaintiff Crowd Sourced Traffic, LLC ("Crowd Sourced Traffic") by and through its

25 undersigned counsel, hereby moves the Court for leave to file its First Amended Complaint (attached

26 hereto as Exhibit A pursuant to Local Rule 10-1).  The purpose of the First Amended Complaint is to

27 correct the address listed for the Plaintiff, and to adequately state basis for jurisdiction in the Northern

28

District of California.  Counsel for Plaintiff has met and conferred with counsel for Defendant regarding the substance of this motion and counsel for Defendant refused to stipulate to the relief requested.  The proposed Amended Complaint does not prejudice the Defendant, nor amend any of the legal claims against the Defendant and should be granted by the Court.

Under Federal Rule of Civil Procedure 15(a)(2), leave to amend "shall be freely given when justice so requires." *Forman v. Davis*, 371 U.S. 178, 182 (1962) (quoting F.R.C.P. 15(a)).  Leave to amend is "to be applied with extreme liberality." *Owens v. Kaisar Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2011) (citation omitted).  Rule 15(a) thus requires a strong showing by the opposing party of prejudice, delay, futility, or bad faith before leave to amend may be denied. *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048 1051-52 (9th Cir. 2003); *Forman*, 371 U.S. at 182.

The four factors commonly used to determine the propriety of a motion for leave to amend are present here and Plaintiff's motion for leave should be granted.   The amended complaint will not prejudice the Defendant as it does not change any of the legal allegations against the Defendant. The amended complaint only corrects the address given for the Plaintiff and clarifies California jurisdiction. The amended complaint will not cause delay, as the already set Scheduling Conference will still guide the timing of the present case.  Furthermore, the change is not futile, nor in bad faith, as it simply corrects a factual assertion in the complaint and calcifies jurisdiction.  The Defendant does not dispute the factual assertion nor that California has jurisdiction.

Accordingly, the Court should grant Plaintiff Crowd Source Traffic, LLC leave to file its First Amended Complaint.

Plaintiff's Motion For Leave To File First Amended Complaint

1

2

3    Dated:  May 29, 2012

4                                                                WHITE FIELD, INC.

5                                                                By:    */s/ Steven W. Ritcheson*
                                                                          Steven W. Ritcheson
6                                                                         Attorneys for Plaintiff CROWD
                                                                          SOURCED TRAFFIC, LLC
7

8

9    IT IS SO ORDERED.

10

11   _____
                                                                          Jacqueline Scott Corley
12                                                               UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3
## CERTIFICATE OF SERVICE

4

5
I hereby certify that on May 29, 2012, I electronically served via ECF foregoing upon All

6
Counsel of Record.

7
Dated: May 29, 2012                    RESPECTFULLY SUBMITTED

8

9
_____ /s/ Steven W. Ritcheson _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28