1
Steven W. Ritcheson, Esq. (SBN 174062)
WHITE FIELD, INC.
2
9800 D Topanga Canyon Blvd. #347
Chatsworth, California  91311
3
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
4
swritcheson@whitefieldinc.com

5
Hao Ni (*Pro Hac Vice Application To Be Filed*)
NI LAW FIRM, PLLC
6
3102 Maple Avenue
Suite 400
7
Dallas, TX 75201
8
214-800-2208
Fax: 214-800-2209
9
Email: hni@nilawfirm.com

10
Attorneys for Plaintiff,
CROWD SOURCED TRAFFIC, LLC
11

12
UNITED STATES DISTRICT COURT
13
NORTHERN DISTRICT OF CALIFORNIA
14
SAN FRANCISCO DIVISION
15

16
CROWD SOURCED TRAFFIC, LLC

17
                    Plaintiff,

18
       v.

19
WAZE, INC.

20
                    Defendant.

21

Case No. 3:12-cv-01970-JSC

**PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

Jury Trial Demanded
Date:  July 5, 2012
Time:  9:00 a.m.
Mag. Judge: Jacqueline Scott Corley

22

23
       <u>PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT</u>

24
       Plaintiff Crowd Sourced Traffic, LLC ("Crowd Sourced Traffic") by and through its

25

26
undersigned counsel, hereby moves the Court for leave to file its First Amended Complaint (attached

27
hereto as Exhibit A pursuant to Local Rule 10-1).  The purpose of the First Amended Complaint is to

28
correct the address listed for the Plaintiff, and to adequately state basis for jurisdiction in the Northern

1    District of California.  Counsel for Plaintiff has met and conferred with counsel for Defendant

2    regarding the substance of this motion and counsel for Defendant refused to stipulate to the relief

3    requested.  The proposed Amended Complaint does not prejudice the Defendant, nor amend any of the

4    legal claims against the Defendant and should be granted by the Court.

5
        Under Federal Rule of Civil Procedure 15(a)(2), leave to amend "shall be freely given when

6
7    justice so requires." *Forman v. Davis*, 371 U.S. 178, 182 (1962) (quoting F.R.C.P. 15(a)).  Leave to

8    amend is "to be applied with extreme liberality." *Owens v. Kaisar Found. Health Plan, Inc*., 244 F.3d

9    708, 712 (9th Cir. 2011) (citation omitted).  Rule 15(a) thus requires a strong showing by the opposing

10   party of prejudice, delay, futility, or bad faith before leave to amend may be denied. *Eminence Capital,*

11   *LLC v. Aspeon, Inc*., 316 F.3d 1048 1051-52 (9th Cir. 2003); *Forman*, 371 U.S. at 182.

12
        The four factors commonly used to determine the propriety of a motion for leave to amend are
13
14   present here and Plaintiff's motion for leave should be granted.   The amended complaint will not

15   prejudice the Defendant as it does not change any of the legal allegations against the Defendant. The

16   amended complaint only corrects the address given for the Plaintiff and clarifies California jurisdiction.

17   The amended complaint will not cause delay, as the already set Scheduling Conference will still guide

18   the timing of the present case.  Furthermore, the change is not futile, nor in bad faith, as it simply

19
20   corrects a factual assertion in the complaint and calcifies jurisdiction.  The Defendant does not dispute

21   the factual assertion nor that California has jurisdiction.

22       Accordingly, the Court should grant Plaintiff Crowd Source Traffic, LLC leave to file its First

23   Amended Complaint.

24

25

26

27

28

Plaintiff's Motion For Leave To File First
                                                     Amended Complaint

1

2

3      Dated:  May 29, 2012

4                                                              WHITE FIELD, INC.

5                                                              By:   _*/s/ Steven W. Ritcheson*_____
                                                                     Steven W. Ritcheson
6                                                                    Attorneys for Plaintiff CROWD
                                                                     SOURCED TRAFFIC, LLC
7

8

9      IT IS SO ORDERED.

10

11      Dated: June 12, 2012                                   _____
                                                                     Jacqueline Scott Corley
12                                                             UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
## CERTIFICATE OF SERVICE
3
4
       I hereby certify that on May 29, 2012, I electronically served via ECF foregoing upon All
5
Counsel of Record.
6
7
Dated: May 29, 2012              RESPECTFULLY SUBMITTED
8
9
                        _____/s/ Steven W. Ritcheson_____
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT A</u>**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>EXHIBIT B</u>**