# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

July 9, 2012

To:  **Steven Whitefield Ritcheson**
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304

Re: Crowd Sourced Traffic LLC v Waze, Inc. C12-1970 JSC

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Jacqueline Scott Corley.  A hearing has since been scheduled for **August 9, 2012 at 1:30 p.m.**  To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Corley.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Corley and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,
Richard W. Wieking, Clerk
United States District Court

By:  Ada Means
Courtroom Deputy